AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00134 |
| Christopher Murphy | ) Assigned To: Judge Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign. Date: 8/5/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 22, 2025__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § § 2252(a)(2) and (b)(1) | (Distribution/Receipt of Child Pornography). |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Kelly McLeod* (signature)

_____
*Complainant's signature*

Kelly McLeod, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/05/2025

_____
*Judge's signature*

City and state: Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*