UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>CHRISTOPHER MURPHY,    )<br>)<br>*Defendant.*    )<br>)  | **UNDER SEAL**<br><br>Case: 1:25-mj-00134<br>Assigned To: Judge Faruqui, Zia M.<br>Assign. Date: 8/5/2025<br>Description: COMPLAINT W/ARREST WARRANT |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Kelly McLeod, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging CHRISTOPHER MURPHY (hereafter, "MURPHY") with receipt and distribution of child pornography, in violation of 18 U.S.C. § § 2252(a)(2) and (b)(1). Specifically, between on or about March 22, 2025, and June 14, 2025, MURPHY knowingly received and/or distributed child pornography via the messaging applications Signal and Telegram to a subject located in the District of Columbia.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

1

## AFFIANT BACKGROUND

4.      I am a special agent with the Federal Bureau of Investigation ("FBI"). I have been in this position since 2019. I am currently assigned to the Child Exploitation and Human Trafficking Task Force ("CEHTTF") at the Washington Field Office, where I am responsible for investigating the possession, distribution, receipt, and production of child pornography, and other crimes involving child exploitation. I completed the FBI Basic Field Training Course in Quantico, Virginia, where I received twenty-one weeks of training in the investigation of various crimes. Through my training and experience, as well as through conversations with various law enforcement personnel, I have become familiar with the methods of operation used by people who commit offenses involving the sexual exploitation of children. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) and (b)(1) (receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct) (hereafter, the "TARGET OFFENSE") have been committed by CHRISTOPHER MURPHY and others known and unknown.

**PROBABLE CAUSE**

**A.  Investigation and Arrest of SUBJECT 1**

7.  In July of 2025, in search warrant case number 25-sw-185, United States Magistrate Judge Michael G. Harvey of the United States District Court for the District of Columbia issued a warrant authorizing the search of a residence in Washington, DC. The warrant concerned violations of the TARGET OFFENSE committed by the occupant of the residence ("SUBJECT 1"). During the execution of the search warrant, which also authorized the search of digital devices contained within the residence, law enforcement discovered an unlocked laptop computer which contained several conversations between SUBJECT 1 and other individuals regarding the distribution and/or receipt of child pornography. Some of these conversations utilized the Signal Messenger application ("Signal").[1]  That same day, SUBJECT 1 was arrested pursuant to an arrest warrant and criminal complaint. SUBJECT 1's cellular phone was located on his person and seized by the FBI, as authorized by the warrant.

8.  On Tuesday, July 14, 2025, an FBI Task Force Officer ("TFO") assigned to the Washington Field Office ("WFO") was acting in an online undercover ("UC") capacity as part of the CEHTTF. In the course of his/her duties, the UC lawfully monitored SUBJECT 1's cellular phone and located messages SUBJECT 1 exchanged with the Signal account ▇▇▇▇▇▇ and the Telegram[2] account ▇▇▇▇▇▇

---

[1] Signal is a free, privacy-focused messaging application based in San Francisco, California that uses end-to-end encryption to secure communication. Signal can be used via mobile devices or computers. Signal users can send text messages, images, videos and engage in phone or video chats with other users or groups of users. To create a Signal account, users need only a phone number for verification, and users can choose to use a username for communication rather than listing their phone number https://signal.org (last visited July 18, 2025).

[2] Telegram is an internet-based messaging and social-media application for smartphones, tablets, and computers. Users can transmit messages, photos, videos, and other types of files with one another. Users

**B. Signal Messages between SUBJECT 1 and Signal User** ▓▓▓▓▓▓

9. A review of SUBJECT 1's phone revealed direct Signal messages between the Signal account ▓▓▓▓▓▓ and SUBJECT 1 beginning in January 2025. ▓▓▓▓▓▓ introduced himself as "Chris," provided his Telegram handle as ▓▓▓▓▓▓ and confirmed that SUBJECT 1 lives in Washington, DC.

10. A review of Signal groups in common between SUBJECT 1 and ▓▓▓▓▓▓ revealed that ▓▓▓▓▓▓ is a member of numerous Signal groups apparently dedicated to the exchange of child sexual abuse material ("CSAM"), including groups dedicated to trading sexually explicit images of young boys.

11. One of the groups that ▓▓▓▓▓▓ was a part of had a football emoji in the title of the group. Based on my training and experience, your affiant knows that the football emoji is sometimes used by consumers of child pornography as a reference to infant and toddler CSAM, as well as the "Matt Videos," which is a series of videos depicting the violent sexual abuse of a toddler age male by an adult male.[3]

12. Using Signal, SUBJECT 1 also sent ▓▓▓▓▓▓ several links to join Zoom web meetings. For example, on January 26, 2025, ▓▓▓▓▓▓ asked SUBJECT 1 about gaining access to "perv" groups, and SUBJECT 1 sent him a link to a Zoom video call.

13. On June 7, 2025, ▓▓▓▓▓▓ asked SUBJECT 1 for a specific video of a "Hot pedo," which he described to SUBJECT 1. On June 8, 2025, SUBJECT 1 sent fifteen videos of

---

can also create and participate in "groups," which allow up to 200,000 users to exchange messages and files, including photos and videos. Telegram uses encryption properties to foster privacy and security in messaging. Because Telegram uses technological means to deliberately conceal the jurisdiction where its information is located, law enforcement has no means of preserving the contents of Telegram accounts or securing the content of Telegram accounts through search warrants or other legal process.

[3] This is due to an individual who was a high school player and distributed a series of child pornography videos depicting himself sexually abusing a toddler child.

adult males recording themselves masturbating while watching videos on other devices of CSAM, including videos of an adult male penetrating the anus of an infant male. The CSAM videos include five displays of the "Matt Videos."

14. In response to the fifteen videos SUBJECT 1 sent, ▆▆▆▆ responded, "Fuck, thank you!! My hero!" Additionally, ▆▆▆▆ told SUBJECT 1 that he was trying to rebuild his "collection," and he now stored content on an external hard drive and a backup hard drive. Screenshots of some of the referenced conversations are shown below in Figure A:




*Figure A: Screenshots taken on July 25, 2025, of SUBJECT 1's cellular phone depicting chats with Signal User* ▓▓▓▓

15. Using Signal, ▓▓▓▓▓▓ also distributed several videos depicting CSAM to SUBJECT 1. Four of these videos are described below:

- June 7, 2025: A video of a prepubescent boy's mouth being penetrated by an age-questionable male's erect penis. The age-questionable male later penetrates his own mouth with the penis of the prepubescent boy;

- June 11, 2025: A video of an adult male's penis penetrating the anus of what appears to be a prepubescent boy, which ends with the adult male ejaculating inside of the boy's anus. The video begins with a text box reading, "Gaping underage creampie anyone."

- June 14, 2025: Two videos, each comprised of numerous clips depicting adult males masturbating while watching CSAM, which includes videos depicting adult males' erect penises penetrating the mouths and anuses of both infant and toddler age males.

16. As noted above, ▓▓▓▓▓▓ sent SUBJECT 1 a CSAM video on June 7, 2025. Uber location data from SUBJECT 1's cellular phone revealed three GPS pings on the afternoon of June 7, 2025—at 3:54 PM UTC, 3:56 PM UTC, and 4:02 PM UTC—which all resolve to Northwest Washington, DC.

17. Additionally, SUBJECT 1's cellular phone contains a text message conversation on June 7, 2025, corroborating SUBJECT 1's presence in Washington, D.C. that day. At 3:47 PM UTC on June 7, 2025, an unknown individual told SUBJECT 1 to come to him now. At 3:49 PM UTC, SUBJECT 1 responded, "Just north of ▓▓▓▓▓▓▓▓▓▓▓▓▓ area? I'll call for an Uber." At 4:08 PM UTC, SUBJECT 1 wrote, "Turning left onto ▓▓▓▓▓. At the red light." Your affiant understands ▓▓▓▓▓ to refer to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, an intersection

7

located in the District of Columbia. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ are both neighborhoods located in Washington, D.C.

**C. Telegram messages between SUBJECT 1 and Telegram User ▇▇▇▇▇▇**

18. Furthermore, the UC's review of SUBJECT 1's Telegram account identified direct messages between SUBJECT 1 and Telegram user ▇▇▇▇▇▇ beginning in February 2025. On March 3, 2025, ▇▇▇▇▇▇ sent SUBJECT 1 several videos of an adult male engaged in masturbation, photographs of his buttocks, and a photograph of penetration of an adult male's anus. ▇▇▇▇▇▇ additionally forwarded the below selfie-style photograph to SUBJECT 1, as seen in Figure B below:



*Figure B: Image sent by Telegram user ▇▇▇▇▇▇ to SUBJECT 1 on March 3, 2025*

19. SUBJECT 1 replied to ▇▇▇▇▇▇ "Oh my god man. You're so hot, and how big is that cock?" ▇▇▇▇▇▇ advised, "Haha thanks man… Between 6.5-7" and further told SUBJECT 1 that his Zoom account was the same as his Telegram account, ▇▇▇▇▇▇.

20. On March 4, 2025, ▇▇▇▇▇▇ told SUBJECT 1 that he hosts rooms on

8

Zoom with other "pedos." He also advised that he was "working on a porn collecting/organizing project" and asked SUBJECT 1 if he was "chatting or watching see-pee," to which SUBJECT 1 replied "Both." _____ asked SUBJECT 1 if he could join him, and SUBJECT 1 sent him a link to a Zoom meeting. A screenshot of the conversation is shown below in Figure C:



*Figure C: Screenshot of Telegram conversation between SUBJECT 1 and* _____

21. Using Telegram, _____ also distributed several videos to SUBJECT 1, including two that appear to depict CSAM:

---

[4] Telegram user _____ is shown in SUBJECT 1's phone with the display name _____

9

- March 22, 2025: A video of an adult male licking the anus of what appears to be a prepubescent boy's nude and exposed anus and scrotum;

- March 23, 2025: A video labeled, "DAD SLAM HIS 13 YEARS OLD SON", which shows what appears to be a pubescent boy being injected in the arm with an unknown substance followed by additional injections in the boy's anus. The boy's mouth is then penetrated by an adult male's erect penis, and his anus is penetrated by the adult male's erect penis.

22. On or about July 11, 2025, the UC, using a Telegram account created by the UC, contacted Telegram user ▓▓▓▓▓▓▓▓ and communicated his interest in CSAM. On or about July 14, 2025, ▓▓▓▓▓▓▓▓ advised, "I could find things I like at any age but generally would prefer to play with older. Don't get off on non-consent, screaming, etc. . . . And yes the contrast of hairy/hairless is always hot, but I enjoy hair at any age haha." ▓▓▓▓▓▓▓▓ relayed he was turning 36 years old next week. A screenshot of the conversation is depicted below in Figure D:



*Figure D: Screenshot of Telegram conversation between UC and* ▇▇▇▇▇▇▇

**D. Identification of Christopher Murphy**

23. On July 14, 2025, ▇▇▇▇▇▇▇ told the UC he was turning 36-years-old the following week. On July 17, 2025, ▇▇▇▇▇▇▇ told the UC he lives in Phoenix. And as noted above, in an earlier Signal message, ▇▇▇▇▇▇▇ further told SUBJECT 1 that his name is "Chris."

24. Using law enforcement tools and databases, as well as open-source queries, law enforcement identified the suspected user of the Signal account ▇▇▇▇▇▇▇ and Telegram account ▇▇▇▇▇▇▇ as CHRISTOPHER MURPHY, a 36-year-old family medicine

physician in Scottsdale, Arizona. Your affiant obtained MURPHY's Arizona Department of Motor Vehicles information, including his driver's license photo, as detailed below. MURPHY's driver's license records list his address as ▮▮▮▮▮ and his date of birth as ▮▮▮▮. This date of birth is consistent with ▮▮▮▮ statement to the UC on July 14, 2025, that he was turning 36-years-old the following week. Your affiant compared MURPHY's driver's license photo with the photo ▮▮▮▮ sent SUBJECT 1, as seen in Figure B above. Based on that comparison, depicted in Figure E below, I believe these photos show the same person:

 

*Figure E: Image sent by Telegram user ▮▮▮▮ to SUBJECT 1 on March 3, 2025 (L); MURPHY's Arizona Driver's License Photo (R)*

25. Additional open-source queries revealed Facebook and Instagram accounts, both under the name "Chris Murphy." Images observed on these accounts both closely resemble the individual in the selfie-style photograph and driver's license photograph. Additional LinkedIn queries also revealed a profile for Christopher Murphy, MD, in Phoenix, AZ with a profile picture closely resembling MURPHY's driver's license photograph, as shown below:



*Figure F: Screenshot taken on or about July 25, 2025 of a LinkedIn profile for "Christopher Murphy"*

26. Based upon the information above, there is probable cause to believe that CHRISTOPHER MURPHY operated Signal account ▬▬▬ and Telegram account ▬▬▬ and was the person who distributed to SUBJECT 1 child sexual abuse material via these accounts on March 22 and 23, 2025, and June 7, 11, and 14, 2025.

## CONCLUSION

27. For the reasons set forth above, I submit that probable cause exists to believe that, between on or about March 22, 2025, and June 14, 2025, CHRISTOPHER MURPHY knowingly

13

received and distributed child pornography to a subject located in the District of Columbia. I respectfully request that a criminal complaint be issued for MURPHY.

Respectfully submitted,

_____
Kelly McLeod, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on August 5, 2025.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge

14