UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CHRISTOPHER MURPHY**<br><br>*Defendant.* | Case No. 1:25-cr-231-RCL |

## ORDER

Before the Court is Defendant Christopher Murphy's Oral Motion for Pretrial Release from Custody. Upon consideration of the Motion, the government's opposition, detention hearings held before Magistrate Judge Sharbaugh on September 15 and this Court on November 12, 2025, the entire record herein, and for the reasoning contained in the accompanying memorandum opinion, it is hereby

**ORDERED** that the Defendant's Oral Motion is **DENIED**. The defendant shall remain in custody pending trial.

**IT IS SO ORDERED.**

Date: _12 - 1- 25_

Royce C. Lamberth
United States District Judge