**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 25-cr-231 (RCL)** |
| **v.** | **:** | |
| | **:** | |
| **CHRISTOPHER MURPHY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**UNOPPOSED MOTION TO CANCEL STATUS CONFERENCE**
**SCHEDULED FOR FEBRUARY 26, 2026 AND TO SET RULE 11 PROCEEDING**

This matter is currently scheduled for a status conference tomorrow, February 26, 2026, at 11:00 A.M. The parties are close to finalizing an agreed upon disposition in the case. They respectfully ask that the Court cancel the status conference and schedule a proceeding that is anticipated to be a change of plea, pursuant to Federal Rule of Criminal Procedure 11.

The parties have conferred and are available either on March 9 and March 10 after 10:30 AM and on March 16, should any of these dates be available on the Court's calendar.

Respectfully submitted,

_____/s/_____

Barry J. Pollack (DC Bar #434513)
HARRIS ST. LAURENT & WECHSLER LLP
1775 Pennsylvania Avenue, NW, Suite 650
Washington, D.C.
(202) 617-5971
bpollack@hs-law.com

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February 2026, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

/s/

Barry J. Pollack

2

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 25-cr-231 (RCL)** |
| **v.** | : | |
| | : | |
| **CHRISTOPHER MURPHY,** | : | |
| | : | |
| **Defendant.** | : | |

### [PROPOSED] ORDER

Upon consideration of the unopposed motion of Mr. Murphy to cancel the status conference scheduled for February 26, 2026 and to schedule what is anticipated to be a change of plea proceeding, and the entire record herein, it is by the Court this ___ day of February 2026 hereby

ORDERED that the unopposed motion of Mr. Murphy cancel the status conference scheduled for February 26, 2026 and to schedule what is anticipated to be a change of plea proceeding is GRANTED; and it is further

ORDERED that the status conference scheduled for February 26, 2026 is hereby CANCELLED; and it is further

ORDERED that the Court will conduct what is anticipated to be a change of plea proceeding on March __, 2026 at _____.

_____
**The Hon. Royce C. Lamberth**

3