## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT COLUMBIA

UNITED STATES OF AMERICA          :
                                  :          Case No. 25-cr-231 (RCL)
            v.                    :
                                  :
CHRISTOPHER MURPHY,               :
                                  :
        Defendant.                :

## [PROPOSED] ORDER

Upon consideration of the unopposed motion of Mr. Murphy to cancel the status conference scheduled for February 26, 2026 and to schedule what is anticipated to be a change of plea proceeding, and the entire record herein, it is by the Court this 25th day of February 2026 hereby

ORDERED that the unopposed motion of Mr. Murphy cancel the status conference scheduled for February 26, 2026 and to schedule what is anticipated to be a change of plea proceeding is GRANTED; and it is further

ORDERED that the status conference scheduled for February 26, 2026 is hereby CANCELLED; and it is further

ORDERED that the Court will conduct what is anticipated to be a change of plea proceeding on March 16, 2026 at 11:10 a.m.

_____
The Hon. Royce C. Lamberth

3